## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Mario Roberto Sobalvarro**
**Judy Magny Fortun Cepeda**
**Debtor(s)**

**BK NO. 26-00515 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel

Matthew Fissel
02 Mar 2026, 15:27:11, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: bafe9fd67a0c58e24383c7070cca5a33300b2dab0a2bc08201053c0c4485b1f7