**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Mario Roberto Sobalvarro          **BK NO. 26-00515 HWV**
       **Judy Magny Fortun Cepeda**
                  **Debtor(s)**          **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.


             Respectfully submitted,


/s/ *Matthew Fissel*

Matthew Fissel
02 Mar 2026, 15:27:11, EST


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: bafe9fd67a0c58e24383c7070cca5a33300b2dab0a2bc08201053c0c4485b1f7