**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: **Mario Roberto Sobalvarro**            **BK NO. 26-00515 HWV**
     **Judy Magny Fortun Cepeda**
                **Debtor(s)**            **Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

             Respectfully submitted,

/s/ *Matthew Fissel*
  Matthew Fissel
  02 Mar 2026, 15:27:11, EST

     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322

Document ID: bafe9fd67a0c58e24383c7070cca5a33300b2dab0a2bc08201053c0c4485b1f7