

05781-PAM-DE-040771799

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2026</u>, at <u>9:08</u> o'clock <u>AM PDT</u>, <u>Mario Sobalvarro</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 24, 2026</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>