| | | |
|---|---|---|
| IN RE: | : | |
| MARIO ROBERTO SOBALVARRO, | : | |
| JUDY MAGNY FORTUN CEPEDA, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | CASE NO.  1:26-BK-00515-HWV |
| Movant | : | |
| | : | |
| MARIO ROBERTO SOBALVARRO, | : | |
| JUDY MAGNY FORTUN CEPEDA, | : | |
| Respondent | : | |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 9th day of April 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.     Debtor(s)' Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtor(s) has not submitted all or such portion of the disposable income to Trustee as required. More specifically,

Trustee alleges, and therefore avers, that Debtor(s)' disposable income is greater than that of which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

a.  Debtor #1 gross and net income are understated.

2.     Debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9). (2025)

3.     Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

a.  Debtor(s) has not provided to Trustee pay stubs for the month(s) of August 2025 through January 2026 for Debtor #1.

4.     The Plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the Plan. As to Santander and West Lake Portfolio Management.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor(s)' Plan.
b. Dismiss or convert Debtor(s)' case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R Roeder
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 9th day of April 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOSEPH QUINN, ESQUIRE
192 SOUTH HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464-6096

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee