In re:

Mario Roberto Sobalvarro

Judy Magny Fortun Cepeda
    Debtors

Case No. 26-00515-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Apr 09, 2026 | Form ID: ntcnfhrg | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mario Roberto Sobalvarro, Judy Magny Fortun Cepeda, 126 Thomas Ave, Dallastown, PA 17313-9776 |
| 5783607 | + | Affirm, 225 Bush St Ste 1600, San Francisco, CA 94104-4249 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 09 2026 18:51:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, P.O. Box 961245, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 5783608 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 09 2026 18:50:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5783609 | + | Email/Text: bnc-capio@quantum3group.com | Apr 09 2026 18:51:00 | AssetCare, Attn: Bankruptcy, P.O. Box 120540, Dallas, TX 75312-0540 |
| 5783610 | | Email/Text: bk@avant.com | Apr 09 2026 18:51:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 5783611 | + | Email/Text: bk@avant.com | Apr 09 2026 18:51:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5783612 | + | Email/Text: taxclaim@countyofberks.com | Apr 09 2026 18:50:00 | Berks County Tax Claim Bureau, 633 Court St # 2B, Reading, PA 19601-4300 |
| 5783613 | + | Email/Text: Bankruptcy@BAMcollections.com | Apr 09 2026 18:50:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 5783614 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 18:54:25 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5783615 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 18:54:25 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5783616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2026 19:15:11 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5783617 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2026 18:51:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5783618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2026 18:51:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5783619 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2026 18:54:32 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5783629 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2026 18:54:27 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke |

| | | | |
|---|---|---|---|
| | | | Boulevard, Mason, OH 45040 |
| 5783620 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 09 2026 18:51:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 5783621 | Email/Text: BNSFN@capitalsvcs.com | Apr 09 2026 18:50:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 5783622 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 09 2026 18:50:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5783623 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 09 2026 18:51:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5783624 | ^ MEBN | Apr 09 2026 18:46:36 | Hayt, Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5783625 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2026 18:51:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 5793646 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 18:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5783626 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 18:51:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5783627 | Email/Text: bk@lendmarkfinancial.com | Apr 09 2026 18:50:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5783628 | ^ MEBN | Apr 09 2026 18:46:42 | LoanDepot, Attn: Bankruptcy, P.O.Box 250009, Plano, TX 75025-0009 |
| 5783632 | Email/Text: ml-ebn@missionlane.com | Apr 09 2026 18:50:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5783633 | Email/Text: EBN@Mohela.com | Apr 09 2026 18:50:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5783634 | Email/Text: EBN@Mohela.com | Apr 09 2026 18:50:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5783630 | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 09 2026 18:50:00 | Met- Ed, Po Box 371422, Pittsburgh, PA 15250-7422 |
| 5789057 | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 09 2026 18:50:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5783631 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2026 18:51:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5791242 | + Email/PDF: cbp@omf.com | Apr 09 2026 18:54:20 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5783635 | + Email/Text: bankruptcy-incoming-mails@one.app | Apr 09 2026 18:51:00 | OnePay, PO Box 513717, Los Angeles, CA 90051-3717 |
| 5783636 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2026 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5790898 | Email/Text: bnc-quantum@quantum3group.com | Apr 09 2026 18:51:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5788189 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 09 2026 18:51:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5783637 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 09 2026 18:51:00 | Santander Bank Consumer USA Inc.,, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5783638 | + Email/PDF: cbp@omf.com | Apr 09 2026 18:54:31 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5783640 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 18:54:19 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |

| | | | |
|---|---|---|---|
| 5783641 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 18:54:19 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5783642 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 18:54:25 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5783643 | + Email/Text: bncmail@w-legal.com | Apr 09 2026 18:51:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5783644 | + Email/Text: bankruptcy@bbandt.com | Apr 09 2026 18:51:00 | Truist, PO Box 85041, Richmond, VA 23285-5041 |
| 5788068 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 09 2026 18:51:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5783645 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 09 2026 18:51:00 | US Attorney's Office, 615 Chestnut Street, Philadelphia, PA 19106-4490 |
| 5783646 | ^ MEBN | Apr 09 2026 18:46:19 | Westlake Portfolio Management, Attn: Bankruptcy, P.O. Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5783639 | | Super M Trucking LLC |
| 5791243 | *+ | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5785187 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Joseph Quinn

on behalf of Debtor 1 Mario Roberto Sobalvarro CourtNotices@RQPlaw.com  general@RQPlaw.com

Joseph Quinn

on behalf of Debtor 2 Judy Magny Fortun Cepeda CourtNotices@RQPlaw.com  general@RQPlaw.com

Matthew K. Fissel

on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mario Roberto Sobalvarro,

**Debtor 1**

Judy Magny Fortun Cepeda,

**Debtor 2**

Chapter 13

Case No. 1:26−bk−00515−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 13, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 20, 2026 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 9, 2026 |

ntcnfhrg (08/21)