In re:                                                                    Case No. 26-00515-HWV

Mario Roberto Sobalvarro                                                  Chapter 13

Judy Magny Fortun Cepeda
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 4

Date Rcvd: Apr 09, 2026                       Form ID: pdf002                          Total Noticed: 47

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Mario Roberto Sobalvarro, Judy Magny Fortun Cepeda, 126 Thomas Ave, Dallastown, PA 17313-9776 |
| 5783607 | + Affirm, 225 Bush St Ste 1600, San Francisco, CA 94104-4249 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + Email/Text: enotifications@santanderconsumerusa.com | Apr 09 2026 18:51:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, P.O. Box 961245, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 5783608 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 09 2026 18:50:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5783609 | + Email/Text: bnc-capio@quantum3group.com | Apr 09 2026 18:51:00 | AssetCare, Attn: Bankruptcy, P.O. Box 120540, Dallas, TX 75312-0540 |
| 5783610 | Email/Text: bk@avant.com | Apr 09 2026 18:51:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 5783611 | + Email/Text: bk@avant.com | Apr 09 2026 18:51:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5783612 | + Email/Text: taxclaim@countyofberks.com | Apr 09 2026 18:50:00 | Berks County Tax Claim Bureau, 633 Court St # 2B, Reading, PA 19601-4300 |
| 5783613 | + Email/Text: Bankruptcy@BAMcollections.com | Apr 09 2026 18:50:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 5783614 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 18:54:20 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5783615 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 18:54:20 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5783616 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2026 18:54:27 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5783617 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2026 18:51:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5783618 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2026 18:51:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5783619 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2026 18:54:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5783629 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2026 18:54:21 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke |

District/off: 0314-1

Date Rcvd: Apr 09, 2026

User: AutoDocke

Form ID: pdf002

Page 2 of 4

Total Noticed: 47

| | | | |
|---|---|---|---|
| | | | Boulevard, Mason, OH 45040 |
| 5783620 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 09 2026 18:51:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 5783621 | Email/Text: BNSFN@capitalsvcs.com | Apr 09 2026 18:50:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 5783622 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 09 2026 18:50:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5783623 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 09 2026 18:51:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5783624 | ^ MEBN | Apr 09 2026 18:46:37 | Hayt, Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5783625 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2026 18:51:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 5793646 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 18:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5783626 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 18:51:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5783627 | Email/Text: bk@lendmarkfinancial.com | Apr 09 2026 18:50:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5783628 | ^ MEBN | Apr 09 2026 18:46:43 | LoanDepot, Attn: Bankruptcy, P.O.Box 250009, Plano, TX 75025-0009 |
| 5783632 | Email/Text: ml-ebn@missionlane.com | Apr 09 2026 18:50:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5783633 | Email/Text: EBN@Mohela.com | Apr 09 2026 18:50:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5783634 | Email/Text: EBN@Mohela.com | Apr 09 2026 18:50:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5783630 | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 09 2026 18:50:00 | Met- Ed, Po Box 371422, Pittsburgh, PA 15250-7422 |
| 5789057 | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 09 2026 18:50:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5783631 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2026 18:51:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5791242 | + Email/PDF: cbp@omf.com | Apr 09 2026 18:54:25 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5783635 | + Email/Text: bankruptcy-incoming-mails@one.app | Apr 09 2026 18:51:00 | OnePay, PO Box 513717, Los Angeles, CA 90051-3717 |
| 5783636 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2026 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5790898 | Email/Text: bnc-quantum@quantum3group.com | Apr 09 2026 18:51:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5788189 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 09 2026 18:51:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5783637 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 09 2026 18:51:00 | Santander Bank Consumer USA Inc.,, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5783638 | + Email/PDF: cbp@omf.com | Apr 09 2026 18:54:31 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5783640 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 18:54:31 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |

| 5783641 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 18:54:31 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 5783642 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 18:54:19 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5783643 | + Email/Text: bncmail@w-legal.com | Apr 09 2026 18:51:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5783644 | + Email/Text: bankruptcy@bbandt.com | Apr 09 2026 18:51:00 | Truist, PO Box 85041, Richmond, VA 23285-5041 |
| 5788068 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 09 2026 18:51:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5783645 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 09 2026 18:51:00 | US Attorney's Office, 615 Chestnut Street, Philadelphia, PA 19106-4490 |
| 5783646 | ^ MEBN | Apr 09 2026 18:46:19 | Westlake Portfolio Management, Attn: Bankruptcy, P.O. Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5783639 | | Super M Trucking LLC |
| 5791243 | *+ | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5785187 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph Quinn | on behalf of Debtor 1 Mario Roberto Sobalvarro CourtNotices@RQPlaw.com general@RQPlaw.com |
| Joseph Quinn | on behalf of Debtor 2 Judy Magny Fortun Cepeda CourtNotices@RQPlaw.com general@RQPlaw.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 6

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Mario Roberto Sobalvarro**
**Judy Magny Fortun Cepeda**

CHAPTER 13
CASE NO.

☑ ORIGINAL PLAN
___ AMENDED PLAN (Indicate #)
☐ Number of Motions to Avoid Liens
☑ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☑ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☑ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.     PLAN FUNDING AND LENGTH OF PLAN.**

    **A.     Plan Payments From Future Income**

      1. To date, the Debtor paid $ **0** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**96,900.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 03/26 | 02/31 | 1,615.00 | 0.00 | 1,615.00 | 96,900.00 |
| | | | | Total Payments: | $96,900.00 |

      2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

      3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

      4. *Check One:*
          ☐ Debtor is at or under median income.
          *If this is checked, the rest of § 1.A.4 need not be completed or reproduced.*

          ☑ Debtor is over median income. Debtor estimates that a minimum of $**0.00** must be paid to allowed

unsecured creditors in order to comply with the Means Test.

**B. Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines:*

☑ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

_____

**2. SECURED CLAIMS.**

**A. Pre-Confirmation Distributions.** *Check One:*

☑ None.
    *If this is checked, the rest of § 2.A need not be completed or reproduced.*

**B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check One*:

☐ None.
    *If this is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| LoanDepot | 126 Thomas Ave Dallastown, PA 17313  York County | 5825 |

**C. Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check One:*

☐ None.
    *If this is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| LoanDepot | 126 Thomas Ave Dallastown, PA 17313, York County, PA | $2,632.35 | $0.00 | $2,632.35 |

**D.** **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☑ None.
*If this is checked, the rest of § 2.D need not be completed or reproduced.*

**E.** **Secured claims for which a § 506 valuation is applicable.** *Check One:*

☐ None.
*If this is checked, the rest of § 2.E need not be completed or reproduced.*

☑ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Santander Bank Consumer USA Inc. | 2023 Mitsubishi Outlander | $16,975.00 | 6.75% | $18,025.81 | Plan |
| Westlake Portfolio Management | 2014 Ford Fusion | $1,250.00 | 6.75% | $1,327.36 | Plan |

**F.** **Surrender of Collateral.** *Check One:*

☑ None.
*If this is checked, the rest of § 2.F need not be completed or reproduced.*

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check One:*

☑ None.
*If this is checked, the rest of § 2.G need not be completed or reproduced.*

**3.** **PRIORITY CLAIMS.**

**A.** **Administrative Claims**

1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees</u>. Complete only one of the following options:

    a.    In addition to the retainer of $_____ already paid by the Debtor, the amount of $_____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

    b.    The balance of fees owed to the attorney for the debtor(s) is estimated to be $**3,903.00**. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme

3

established in this plan.

3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one:*

☑ None.
*If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B.  Priority Claims (including, certain Domestic Support Obligations)**

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Berks County Tax Claim Bureau | $1,100.00 |
| Internal Revenue Service | $56,000.00 |
| Pennsylvania Department of Revenue | $4,060.94 |

**C.  Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one:*

☑ None.
*If this is checked, the rest of § 3.C need not be completed or reproduced.*

**4.    UNSECURED CLAIMS**

**A.  Claims of Unsecured Nonpriority Creditors Specially Classified.**
*Check one:*

☑ None.
*If this is checked, the rest of § 4.A need not be completed or reproduced.*

**B.  Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

☑ None.
*If this is checked, the rest of § 5 need not be completed or reproduced.*

**6.    VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☑    plan confirmation.
☐    entry of discharge.
☐    closing of case.

**7.    DISCHARGE:** *(Check one)*

☑ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8.    ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

4

Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:    Adequate protection payments.
Level 2:    Debtor's attorney's fees.
Level 3:    Domestic Support Obligations.
Level 4:    Priority claims, pro rata.
Level 5:    Secured claims, pro rata.
Level 6:    Specially classified unsecured claims.
Level 7:    Timely filed general unsecured claims.
Level 8:    Untimely filed general unsecured claims to which the Debtor has not objected.

## 9.    NONSTANDARD PLAN PROVISIONS

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

Dated:    **February 19, 2026**

**/s/ Joseph Quinn**
**Joseph Quinn**
Attorney for Debtor

**/s/ Mario Roberto Sobalvarro**
**Mario Roberto Sobalvarro**
Debtor

**/s/ Judy Magny Fortun Cepeda**
**Judy Magny Fortun Cepeda**
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com