UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Mario Roberto Sobalvarro | : | Chapter 13 |
| Judy Magny Fortum Cepeda, | : | |
| | : | No.: 1:26-bk-00515-HWV |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of proof of claim 34 filed by Debtors on behalf of Westlake Portfolio Management on May 20, 2026 was forwarded, as follows:

***Via first class mail on May 20, 2026, postage pre-paid to the following parties:***

Westlake Portfolio Management
Attn: Bankruptcy
P.O. Box 76809
Los Angeles, CA 90054

***Via Electronic Filing (ECF) on May 20, 2026 to the following parties:***

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
TWecf@pamd13trustee.com

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com
Date: May 20, 2026                    Counsel for Debtors

1