United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Mario Roberto Sobalvarro

Judy Magny Fortun Cepeda

Debtors

Case No. 26-00515-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2

Date Rcvd: May 21, 2026        Form ID: ntcltrdb        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5783646 | ^ MEBN | May 21 2026 18:56:46 | Westlake Portfolio Management, Attn: Bankruptcy, P.O. Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph Quinn | on behalf of Debtor 1 Mario Roberto Sobalvarro CourtNotices@RQPlaw.com general@RQPlaw.com |
| Joseph Quinn | on behalf of Debtor 2 Judy Magny Fortun Cepeda CourtNotices@RQPlaw.com general@RQPlaw.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

William E. Craig

on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com,
mortoncraigecf@gmail.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mario Roberto Sobalvarro,

**Debtor 1**

Judy Magny Fortun Cepeda,

**Debtor 2**

Chapter     13

Case No.     1:26−bk−00515−HWV

| **Notice** |
| --- |

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#34) has been filed by the Debtor on behalf of Westlake Portfolio Management in the amount of $8714.00.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: EmilyCampbell, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 21, 2026 |

ntcltrdb 05/18