IN RE: :
:
MARIO ROBERTO SOBALVARRO and : CHAPTER 13
JUDY MAGNY FORTUN CEPEDA, :
Debtors :
:
JACK N. ZAHAROPOULOS : CASE NO. 1:26-bk-00515-HWV
STANDING CHAPTER 13 TRUSTEE :
Movant :
:
MARIO ROBERTO SOBALVARRO and :
JUDY MAGNY FORTUN CEPEDA, :
Respondents

## TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 16th day of June 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtors' Plan for the following reasons:

1.    Debtors' Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtors have not submitted all or such portion of the disposable income to Trustee as required. More specifically:

   a.  Trustee alleges, and therefore avers, that Debtors' disposable income is greater than that of which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

      i.  Gross and Net income are understated as to Debtor #1.

2.    Trustee avers that Debtors' Plan cannot be administered due to the lack of the following:

   a.   Debtors have not provided to Trustee pay stubs for the months of August 2025 through January 2026 as to Debtor #1.

3.    Debtors have not demonstrated that all tax returns have been filed as required by § 1325(a)(9) as to Federal Taxes for 2025.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' Plan;
b. Dismiss or convert Debtors' case; and
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R Roeder
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 16th day of June 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOSEPH QUINN, ESQUIRE
192 SOUTH HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464-6096

/s/Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee
