U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Mario Roberto Sobalvarro | : | Chapter 13 |
| Judy Magny Fortun Cepeda, | : | |
| Debtors | : | No.: 1:26-bk-00515-hwv |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors, hereby certify that a true and correct copy of the Order Confirming Amended Chapter 13 Plan filed on August 11, 2026 (entered on September 24, 2026) was forwarded on September 29, 2026, as follows:

***Via Electronic Filing (ECF) to the following parties:***

William E. Craig on behalf of Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.
wcraig@egalawfirm.com, mortoncraigecf@gmail.com

Matthew K. Fissel on behalf of Creditor LOANDEPOT.COM, LLC
bkgroup@kmllawgroup.com

Elizabeth Trachtman on behalf of Creditor Westlake Financial Services
ANHSOrlans@InfoEx.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Garrett Wilson on behalf of Creditor Westlake Financial Services
garrett.mac.wilson@gmail.com

Jack N Zaharopoulos, Esq., Chapter 13 Trustee
ecf@pamd13trustee.com

***Via first class mail, postage pre-paid to the following parties:***

Mario Sobalvarro & Judy Cepeda
126 Thomas Ave
Dallastown, PA 17313

All creditors listed on the attached mailing matrix

**ROSS, QUINN & PLOPPERT, P.C.**

By: *<u>/s/ Joseph Quinn</u>*__________
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com
Counsel for Debtors

Date: <u>September 29, 2026</u>

Label Matrix for local noticing
0314-1
Case 1:26-bk-00515-HWV
Middle District of Pennsylvania
Harrisburg
Tue Sep 29 11:47:44 EDT 2026

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Santander Bank, N.A., as servicer for Santan
P.O. Box 961245
P.O. Box 961245
P.O. Box 961245
Fort Worth, TX 76161-0244

Verizon by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Affirm
30 Isabella Street
Floor 4
Pittsburgh, PA 15212-5862

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

AssetCare
Attn: Bankruptcy
P.O. Box 120540
Dallas, TX 75312-0540

Avant, LLC
PO Box 1429
Carol Stream, IL 60132-1429

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601-1112

Berks County Tax Claim Bureau
633 Court St # 2B
Reading, PA 19601-4300

Berks Earned Income Tax Bureau
1125 Berkshire Blvd, Suite 115
Wyomissing, PA 19610-1222

Bureau of Account Managment
Attn: Bankruptcy
3607 Rosemont Ave, Ste 502, Pob 8875
Camp Hill, PA 17001-8875

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capitalone
Capital One, Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citibank/The Home Depot
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790046
St Louis, MO 63179-0046

Comenity/MPRC
Attn: Bankrutpcy
Po Box 182125
Columbus, OH 43218-2125

ComenityCapital/Boscov
Attn: Bankruptcy Dept
Po Box 183003
Columbus, OH 43218-3003

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501-2561

EMERGENCY PHYS ASSOCIATES OF PENNSYLVANIA PC
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

Fortiva
Attn: Bankruptcy
P.O. Box 105555
Atlanta, GA 30348-5555

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Hayt, Hayt & Landau
Two Industrial Way West
Eatontown, NJ 07724-2279

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

LoanDepot
Attn: Bankruptcy
P.O.Box 250009
Plano, TX 75025-0009

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Met- Ed
Po Box 371422
Pittsburgh, PA 15250-7422

Met-Ed
101 Crawford's Corner Road
Building 1 Suite 1-511
Holmdel NJ 07733-1976

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251

OnePay
PO Box 513717
Los Angeles, CA 90051-3717

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

REVCO SOLUTIONS INC
PO Box 58
Fort Morgan CO 80701-0058

SANTANDER CONSUMER USA Inc.
P.O. Box 560284
Dallas, TX 75356-0284

Santander Bank Consumer USA Inc.,
Attn: Bankruptcy
P.O. Box 961245
Fort Worth, TX 76161-0244

Springlf Fin
Po Box 1010
Evansville, IN 47706-1010

Syncb/Old Navy
Attn: Bankruptcy
Po Box 96506
Orlando, FL 32896-0001

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

Target NB
Co Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

Truist
PO Box 85041
Richmond, VA 23285-5041

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1911

US Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106-4490

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Verizon
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Westlake Financial Services
3440 Flair Drive Lockbox # 840132
El Monte CA 91731-2823

Westlake Financial Services
c/o Orlans Law Group PLLC
200 Eagle Road, Bldg. 2, Suite 120
Wayne, PA 19087-3115

Westlake Portfolio Management
Attn: Bankruptcy
P.O. Box 76809
Los Angeles, CA 90076-0809

loanDepot.com, LLC
Attn: Bankruptcy
5465 Legacy Drive, Suite 400
Plano, TX 75024-3192

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Joseph Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464-6096

Judy Magny Fortun Cepeda
126 Thomas Ave
Dallastown, PA 17313-9776

Mario Roberto Sobalvarro
126 Thomas Ave
Dallastown, PA 17313-9776

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First National Bank
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Lendmark Financial Ser
2118 Usher St.
Covington, GA 30014

Macy's/ DSNB
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Mission Lane Tab Bank
Po Box 105286
Atlanta, GA 30348

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005

(d)Mohela/dofed
Mohela, Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

(d)US Department of Education/MOHELA
633 Spirit Dr.
Chesterfield, MO 63005

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LOANDEPOT.COM, LLC

(u)Westlake Financial Services

(d)Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

| | | |
|---|---|---|
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | (u)Super M Trucking LLC | End of Label Matrix<br>Mailable recipients 66<br>Bypassed recipients 5<br>Total 71 |